■ GEORGETOWN MEWS OWNERS CORP., Respondent, v CAMPUS ASSOCIATES et al., Defendants, and SHANHOLT, MARINOFF, FLEISS & Co., Appellant. [725 NYS2d 864] —In an action to recover damages for breach of contract and professional malpractice, the defendant Shanholt, Marinoff, Fleiss & Co., appeals from an order of the Supreme Court, Queens County (Milano, J.), entered April 14, 2000, which denied its motion to dismiss the action pursuant to CPLR 3404 for neglect to prosecute.

Ordered that the order is affirmed, with costs.

Since there is no evidence that a note of issue placing the action on the court's trial calendar was filed (see, CPLR 3402), the court properly denied the appellant's motion to dismiss the action pursuant to CPLR 3404 (see, *Lopez v Imperial Delivery Serv.,* 282 AD2d 190; *P. Cubed Enters. v Roach,* 265 AD2d 537, 538; *Davila v Galarza,* 221 AD2d 308). Santucci, J. P., Altman, Luciano and H. Miller, JJ., concur.

■ JORGE GRAJALES et al., Respondents, v CHARLES FREIHOFER BAKING Co., INC., Defendant, and MICHAEL CALABRESE, Appellant. [725 NYS2d 553] —In an action to recover damages for personal injuries, etc., the defendant Michael Calabrese appeals from an order of the Supreme Court, Queens County (Milano, J.), dated May 19, 2000, which, *inter alia,* denied his motion pursuant to CPLR 3215 (c) to dismiss the complaint insofar as asserted against him for failure to enter judgment against him within one year of his default.

Ordered that the order is affirmed, with costs.

Under the circumstances of this case, the Supreme Court providently exercised its discretion. O'Brien, J. P., Altman, Luciano and Adams, JJ., concur.